Opinion filed August 20, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed August 20,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00209-CR

                                                    __________

 

                                JOHN LAWRENCE MONK, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 413th District Court

 

                                                        Johnson
County, Texas

 

                                                  Trial
Court Cause No. F37525

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
trial court convicted John Lawrence Monk, upon his plea of guilty, of
aggravated sexual assault of a child.  Pursuant to the plea bargain agreement,
the trial court assessed his punishment at confinement for twenty years.  The
trial court imposed the sentence in open court on October 11, 2004.  Appellant
filed his pro se notice of appeal on June 3, 2009, over four years after the
sentence was imposed in open court.  We dismiss for want of jurisdiction.








In
order to invoke the jurisdiction of this court, an appellant must timely
perfect an appeal.  Tex. R. App. P.
25.2.  Appellant has failed to comply with the requirements of Tex. R. App. P. 26.2 and 26.3 for
perfecting an appeal.  Therefore, this court does not have jurisdiction to
entertain this appeal.  Slaton v. State, 981 S.W.2d 208, 209-10 (Tex.
Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522-24 (Tex. Crim.
App. 1996); Rodarte v. State, 860 S.W.2d 108, 109-10 (Tex. Crim. App.
1993); Shute v. State, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

The
appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

August 20, 2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.